James M. THOMPSON, Plaintiff–
Appellant,

v.

AMF BOWLING CENTERS, INC.,
doing business as AMF Allstar
Lanes, Defendant–Appellee.

No. 04–31192.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 8, 2005.

Anthony L. Glorioso, Metairie, LA, for Plaintiff–Appellant.

Jay M. Lonero, Christian Aric Shofstahl, Larzelere, Picou & Wells, Metairie, LA, for Defendant–Appellee.

Before REAVLEY, JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reasons given by that court in its order of November 3, 2004. Thompson's claim is for negligent use or custody of the stool, and not for strict liability.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.